No. 88–399. HAMMOND v. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. 7th Cir. Certiorari denied. JUSTICE

BRENNAN and JUSTICE WHITE would grant certiorari.